# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, </br></br>Plaintiff, </br></br>v. </br></br>KOOSHAREM CORPORATION, d/b/a The Select Family of Staffing Companies, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) )   No. 2:13-cv-02761-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed September 30, 2013, the parties having entered into a Consent Decree,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Consent Decree (ECF No. 51), entered December 5, 2014, all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Sheryl H. Lipman
SHERYL H. LIPMAN
U.S. DISTRICT COURT JUDGE

December 5, 2014
Date